[No. 51123-8-I.   Division One.   May 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD HUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-02366-1, Ronald L. Castleberry, J., entered September 5, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51223-4-I.   Division One.   May 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN SCOTT ANDRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04287-1, Douglass A. North, J., entered September 23, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Agid, JJ.

[No. 51377-0-I.   Division One.   May 3, 2004.]

JUAN CHEN, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-13671-2, Bruce W. Hilyer, J., entered September 27, 2002. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Kennedy, J. Now published at 123 Wn.App. 150.

[No. 51382-6-I.   Division One.   May 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTIN TAGAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00898-9, Richard J. Thorpe, J., entered November 7, 2002. *Affirmed* by unpublished per curiam opinion. Now published at 121 Wn. App. 872.